**EXHIBIT A**

STATE OF MAINE

SUPERIOR COURT
Kennebec, ss.
Docket No. _____

DISTRICT COURT
Location _____
Docket No. _____

Gregory Paul Violette _____ Plaintiff

v.

Interbake foods, LLC _____ Defendant
3951 Westerre Parkway STE 200 Address
Richmond, VA 23233

**SUMMONS**
M.R.Civ.P. 4(d)

The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 1 Court St. _____, in the Town/City of Augusta _____, County of Kennebec _____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (District) (Superior) Court, 1 Court St., STE 101 _____, Augusta _____, Maine 04330.
(Mailing Address)            (Town, City)                   (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: **If you fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, **a judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: January 24, 2022

Gregory Paul Violette _____ (Attorney for) Plaintiff
P.O. Box 2317 _____ Address
Waterville, ME 04903 _____
207-399-7567 _____ Telephone
drgregviolette@gmail.com _____ Email Address

(Seal of Court)

_____
Clerk

CV-030, Rev. 07/18

## STATE OF MAINE

STATE OF MAINE  CIVIL ACTION
SUPERIOR COURT  DOCKET NO.
KENNEBEC, SS.

Gregory Paul Violette,

    Plaintiff,

Vs.  PLAINTIFF'S CIVIL COMPLAINT
Product Liability

Interbake Foods, LLC,
Defendant.

### PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

- I have purchased the Interbake Foods LLC Oven Baked Fudge Mint Cookies over the last few years and have grown fat, gaining over 40 pounds.
- The defendant uses High Fructose Corn Syrup in their product.
- High Fructose Corn Syrup plays a role in the epidemic of obesity as stated by Dr. George A. Bray.
- Makes you eat & drink more than you should.
- Body does not digest, turns to fat.
- Stops body from Ex zorbing vitamins.
- Adds an unnatural amount of fructose to your diet.
- Increases your risk of fatty liver disease.
- Increases you risk of obesity and weight gain.
- Linked to diabetes.

1

- Contain no essential nutrients.
- I have been feeling fatigued and totally worn out most of the day.
- My mental illness has gotten worse over the past few months.
- My issues have all been caused by the High Fructose Corn Syrup in their product.
- I have over $5,566.00 in medical & mental health cost.
- Interbake Foods, LLC has committed an unlawful act and caused harm without legal justification or excuse.

## CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages, pain and suffering damages in the amount of $550,000.00 because of Defendant's Product Liability and their false advertising. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Waterville, Maine this 18th day of January 2022.


Gregory Paul Violette, Plaintiff
P.O. Box 2817
Waterville, Maine 04903
Phone Number: 207-399-7567

2

CONTAINS NONPUBLIC DIGITAL INFORMATION

# MAINE JUDICIAL BRANCH

| | | |
|---|---|---|
| Gregory Paul Violette | Plaintiff | *"X" the court for filing:* ☒ Superior Court ☐ District Court |
| V. | | County: Kennebec |
| Interbake Foods, LLC | Defendant | Location (Town): Augusta |
| | | Docket No.: |

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to request that all papers required to be served on you by other parties in this case be sent instead electronically to your designated email address; and you may also agree to serve by email all papers you are required to serve on other parties in this case.

> **PLEASE NOTE: Any electronic service that you opt into applies only to papers served on you by other parties, and/or to papers you are required to serve on other parties.** *It does not apply to notices, orders, or other papers generated by the court, or to any papers you must file with the court.* You must file all court papers in paper form by mail or in person, and all Court papers will continue to be sent to you by regular mail.

**If you choose not to opt in, you do not need to do anything**. If you would like to receive and/or serve papers on other parties electronically, you must meet the requirements set forth below. Check the appropriate box(es) and mail (or scan and email) the signed form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to receive by email documents from other parties in this case. I have reviewed and meet all of the following electronic receipt requirements:
  ☐ I have a trusted email account and I have daily access to this account;
  ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
  ☐ This email account has available electronic storage of at least 1 gigabyte;
  ☐ This email account accepts emails with attachments of up to 10 megabytes; and
  ☐ I will be able to maintain this email account throughout this case.

☐ **Electronic Delivery**: I choose to OPT IN to deliver documents to other parties by email in this case. I have reviewed and meet all of the following electronic delivery requirements:
  ☐ I meet all of the requirements for electronic receipt listed above;
  ☐ I have the ability to scan and create .pdf files of documents I am required to serve on other parties.

Date (*mm/dd/yyyy*): _____   ▶ _____
                                                Self-Represented Party (Signature)

                                                _____
                                                (Print Name)

                                                _____
                                                (Print email address)

> **ADA Notice**: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, <u>accessibility@courts.maine.gov</u>, or a court clerk.
> **Language Services**: For language assistance and interpreters, contact a court clerk or <u>interpreters@courts.maine.gov</u>.