# EXHIBIT A to Interbake Foods, LLC's Motion to Dismiss

**Maine State Court cases initiated by Plaintiff Gregory Violette since 2017:**

|    | Parties | Docket Number | Court |
|----|---------|---------------|-------|
| 1  | *Violette v. True Trader* | CV-20-34 | Somerset Cty. Sup. Ct. |
| 2  | *Violette v. Somerset County Jail* | CV-20-27 | Somerset Cty. Sup. Ct. |
| 3  | *Violette v. Ferris, Gurney, Grant & Cook PA* | CV-20-26 | Somerset Cty. Sup. Ct. |
| 4  | *Violette v. Berkshire Hathaway NE Real Estate and Norman Prouty* | CV-20-23 | Somerset Cty. Sup. Ct. |
| 5  | *Violette v. Chrysler Corporation* | CV-19-16 | Somerset Cty. Sup. Ct. |
| 6  | *Violette v. Turner* | CV-19-10 | Somerset Cty. Sup. Ct. |
| 7  | *Violette v. Gecko Software Inc.* | CV-19-9 | Somerset Cty. Sup. Ct. |
| 8  | *Violette v. Loveland* | CV-19-4 | Somerset Cty. Sup. Ct. |
| 9  | *Violette v. Kennebec Federal Savings and Darla Frost* | CV-19-2 | Somerset Cty. Sup. Ct. |
| 10 | *Violette v. Extended Stay America* | CV-18-45 | Somerset Cty. Sup. Ct. |
| 11 | *Violette v. Power Elite and John Marknan* | CV-18-40 | Somerset Cty. Sup. Ct. |
| 12 | *Violette v. Subforce 5* | CV-18-41 | Somerset Cty. Sup. Ct. |
| 13 | *Violette v. CBHH LLC and Charles Tracker* | CV-18-42 | Somerset Cty. Sup. Ct. |
| 14 | *Violette v. Loveland* | CV-18-43 | Somerset Cty. Sup. Ct. |
| 15 | *Violette v. Bangor Savings Bank* | CV-18-119 | Kennebec Cty. Sup. Ct. |
| 16 | *Violette v. Money Map Press LLC and Chris Johnson* | CV-18-25 | Waldo Cty. Sup. Ct. |
| 17 | *Violette v. The Pattern Trader* | CV-18-20 | Waldo Cty. Sup. Ct. |
| 18 | *Violette v. Hamilton Publishing* | CV-18-19 | Waldo Cty. Sup. Ct. |
| 19 | *Violette v. Hannaford Bros. Co.* | CV-18-18 | Waldo Cty. Sup. Ct. |
| 20 | *Violette v. Money Map Press LLC and Michael Robinson* | CV-18-17 | Waldo Cty. Sup. Ct. |
| 21 | *Violette v. Ferris, Gurney, Grant & Cook PA* | CV-18-14 | Waldo Cty. Sup. Ct. |
| 22 | *Violette v. Money Map Press LLC* | CV-18-13 | Waldo Cty. Sup. Ct. |
| 23 | *Violette v. Real Estate Man LLC v. Interactive Brokers LLC* | CV-17-33 | Waldo Cty. Sup. Ct. |
| 24 | *Violette v. Agora Financial LLC* | CV-17-32 | Waldo Cty. Sup. Ct. |
| 25 | *Violette v. Agora Financial LLC* | CV-17-31 | Waldo Cty. Sup. Ct. |